**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PABLO PEDROZA, Individually and on behalf of all others similarly situated | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **C.A. No.: 25-cv-13128 JEK** |
| | ) | |
| TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN | ) ) ) | MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT |
| Defendant. | ) | |

**DEFENDANT TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendant Teamsters Union 25 Health Services & Insurance Plan, LLC (hereinafter "Teamsters HSIP"), by and through their undersigned counsel, respectfully moves this Honorable Court to dismiss Plaintiff Pablo Pedroza's Class Action Complaint [Dkt. #1 Ex. A] pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. A brief in support of this Motion is attached hereto and incorporated herein by reference.

Dated: November 21, 2025

Respectfully submitted,

/s/ Michael A. Feinberg

Michael A. Feinberg, Esq.
BBO # 161400
maf@fdb-law.com
Feinberg, Dumont & Brennan
177 Milk Street, Suite 300
Boston, MA 02109
Tel.: (617) 338-1976
Fax: (617) 338-7070

*Counsel for Defendant Teamsters Union 25*
*Health Services & Insurance Plan*

Jill H. Fertel*
Tara G. Nalencz*
Conor J. Hafertepe*
**CIPRIANI & WERNER, P.C**.
450 Sentry Parkway East, Suite 200
Blue Bell, PA 19422
Tel.: (610) 567-0700
jfertel@c-wlaw.com
tnalencz@c-wlaw.com
chafertepe@c-wlaw.com
*Pro Hac Vice Forthcoming*

## CERTIFICATE OF SERVICE

I, Michael A. Feinberg, hereby certify that this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as indicated on the Notice of Electronic Filing (NEF) and paper copies will be sent via USPS First-Class Mail on this day to anyone identified as non-registered participants.

Dated: November 21, 2025

/s/ Michael A. Feinberg
Michael A. Feinberg, Esq.

2